

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2015

No. 04-15-00019-CV

**R.J. SKYE FOUNDATION, LLC**, et al,
Appellants

v.

Wallace B. **JEFFERSON**, et al,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-19776
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On December 22, 2014, Roman Gondorz filed an original petition as an "Authorized Representative" of R.J. Skye Foundation, LLC. The petition is signed by Gondorz, but no state bar number is listed.

On January 13, 2015, Gondorz filed a "Notice of Objection and Notice of Appeal" in cause number 2014-CI-19776. Two days later, citing the same cause number, Gondorz filed a "Notice of Objection and Notice of Appeal of the Wrong Presumption Made by the District Clerk."

On January 20, 2015, the district clerk filed a clerk's record, but the clerk's record does not appear to contain a final judgment.

Generally, "an appeal may be taken only from a final judgment. A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

We ORDER Appellant to show cause within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If Appellant does not timely provide written proof as ordered, this appeal will be dismissed. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2015.

_____
Keith E. Hottle
Clerk of Court